UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. File No. 08-66 (PAM) |
| Plaintiff, | |
| v. | **ORDER** |
| Luther Hochradel, | |
| Defendant. | |

This matter is before the Court on Defendant's request to defer the determination of restitution for an additional 30 days. The Government does not object to the request.

Accordingly, **IT IS HEREBY ORDERED that** the determination of restitution is deferred an additional 30 days.

Dated: Tuesday, February 3, 2009

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge